**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: N.C.M.L., A MINOR | : No. 183 MAL 2020 |
| | : |
| | : |
| PETITION OF: E. AND D. N., MATERNAL GRANDPARENTS | : Petition for Allowance of Appeal : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.